IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20312-CIV-MOORE/SIMONTON

DAVID ANASAGASTI, LUIS BERROS,
DIANA CONTRERAS, ELISABETTA
FANTONE, WILLIAM LOGAN HICKS,
JOSE MERTZ, JUAN TRAVIESO,
AMANDA VALDES, and THE WINDMILL
FACTORY, LLC,

    Plaintiffs,

v.

TOMAS LOEWY a/k/a TOMAS LOWY a/k/a
TOMAS LANSKY, LOEWY GROUP LLC,
and COOL.POOL MEDIA INC.

    Defendants.
_____/

### ORDER FOLLOWING DISCOVERY HEARING HELD ON SEPTEMBER 13, 2018

This matter came before the Court for an informal Discovery Hearing pursuant to Plaintiffs' Amended Notice of Hearing, ECF No. [42].[1] The Honorable K. Michael Moore, Chief United States District Judge, has referred all discovery matters to the undersigned Magistrate Judge, ECF No. [6]. On September 13, 2018, the undersigned held a telephonic hearing on the Parties' discovery dispute. This Order memorializes the agreements reached between the Parties and the rulings made by the undersigned at that hearing.

The Parties' agreed that the Defendants would produce tax returns for the years 2013 through the present and annual financial statements for the years 2012 through the present.

---

[1] A discovery hearing before the undersigned was set for Friday, September 14, 2018, but the Parties were able to reach agreement as to production of the documents at issue and a telephonic hearing was instead held on Thursday, September 13, 2018.

Accordingly, it is

**ORDERED AND ADJUDGED** that the Defendants shall timely provide the discovery as set forth in this Order so as to be in the possession of the Plaintiffs on or before Monday, September 24, 2018.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 13th day of September, 2018.

_Andrea M. Simonton_
**ANDREA M. SIMONTON**
**UNITED STATES MAGISTRATE JUDGE**

**Copies via CM/ECF to:**
The Honorable K. Michael Moore, Chief United States District Judge
All parties of record